# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| | : | |
| v. | : | Crim. No. 21-00668 |
| | : | |
| ALEXIS MARTINEZ, and | : | **ORDER FOR A CONTINUANCE** |
| ARTURO FLORES | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Angelica M. Sinopole, Assistant United States Attorney), and defendants Alexis Martinez (by Perry Primavera, Esq.) and Arturo Flores (by Richard Verde, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through June 1, 2022 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and time having been excluded in this matter up through and including January 31, 2022 pursuant to Standing Order 2021-11; and no prior continuances on Indictment having been entered upon application of the

1

parties; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution of these negotiations, which would render any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 2nd day of February 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through June 1, 2022; and it is further

ORDERED that the period from the date this Order is signed through June 1, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE FREDA L. WOLFSON
United States District Judge

Form and entry consented to:

*/s/ Angelica M. Sinopole*
_____
Angelica M. Sinopole
Assistant U.S. Attorney



_____
Perry Primavera, Esq.
Counsel for Defendant Alexis Martinez



*s/ Richard Verde*
_____
Richard Verde, Esq.
Counsel for Defendant Arturo Flores

Form and entry consented to:

_____
Angelica M. Sinopole
Assistant U.S. Attorney


_____
Perry Primavera, Esq.
Counsel for Defendant Alexis Martinez


_____
Richard Verde, Esq.
Counsel for Defendant Arturo Flores